UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-*against*-<br><br>NEW YORK CITY TRANSIT AUTHORITY; FERNANDO FERRER, in his official capacity as Chairman of the New York City Transit Authority; and ANDY BYFORD, in his official capacity as President of the New York City Transit Authority,<br><br>　　　　　　　　　　Defendants. | Civ. No. 19-cv-01404<br><br>NOTICE OF MOTION FOR CLASS CERTIFICATION |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that upon the annexed declarations of Raúl Carrillo, Esq., Plaintiffs NATHANIEL ROBINSON and DAVID EVANS, upon the annexed Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and upon all the papers filed and all proceedings had herein, Plaintiffs will move this Court, at a time and date to be determined by the Honorable Analisa Torres, United States District Judge for the Southern District of New York, in a location also to be determined by the Court, for an Order:

　　1. Granting plaintiffs' motion pursuant to Fed. R. Civ. P. 23(a) and (b)(2) and certifying the following plaintiff class:

　　　　All persons against whom TAB has entered or will enter a default judgment and for whom TAB has not provided or will not provide access to the notice of violation, notice of default judgment, or any other documents necessary for the class member to challenge the judgment and its enforcement.

1

2. Appointing the National Center for Law and Economic Justice, Inc., the New Economy Project, Drinker Biddle & Reath, LLP, and the Law Offices of Gerald S. Hartman as counsel for the certified class.

PLEASE TAKE FURTHER NOTICE THAT unless otherwise ordered by the Court, responding papers, if any, shall be served within ten days of service of this motion, and reply papers, if any, shall be served within seven days of service of the response.

Dated:  February 21, 2019
        New York, New York

                                        Respectfully Submitted,

                                        **DRINKER BIDDLE & REATH LLP**

                                        By: /s/ *Clay J. Pierce*
                                            Clay J. Pierce

                                            Andrew L. Van Houter
                                            Justin M. Ginter
                                            1177 Avenue of the Americas
                                            41st Floor
                                            New York, NY 10036
                                            212-248-3140
                                            Clay.Pierce@dbr.com

                                            Marc Cohan
                                            Katherine Deabler-Meadows
                                            Claudia Wilner
                                            **NATIONAL CENTER FOR LAW
                                            AND ECONOMIC JUSTICE, INC.**
                                            275 Seventh Avenue, Suite 1506
                                            New York, New York 10001
                                            (212) 633-6967

Susan Shin
Raúl Carrillo
**NEW ECONOMY PROJECT**
121 W. 27th St., Suite 804
New York, NY 10001
(212) 680-5100

Gerald S. Hartman*
**LAW OFFICES OF GERALD S. HARTMAN**
3607 Whispering Lane
Falls Church, VA 22041
(703) 919-0423
*Seeking Admission Pro Hac Vice*

3