UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,

       Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY; FERNANDO FERRER, in his official capacity as Acting Chairman of the New York City Transit Authority; and ANDY BYFORD, in his official capacity as President of the New York City Transit Authority,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2019_

19 Civ. 1404 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

  In light of the Honorable Barbara C. Moses's order scheduling an initial pretrial conference, ECF No. 32, the initial pretrial conference scheduled for April 18, 2019 before this Court is ADJOURNED *sine die*.

  SO ORDERED.

Dated: March 21, 2019
   New York, New York

                ANALISA TORRES
              United States District Judge