USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON, et al.,

    Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

    Defendants.

19-CV-1404 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

A status conference is scheduled before Judge Moses on **January 8, 2020, at 10:00 a.m.** No later than **January 3, 2020**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       December 3, 2019

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**