USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON, et al.,

    Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

    Defendants.

19-CV-1404 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The status conference scheduled for January 8, 2020, at 10:00 a.m., is ADJOURNED to **January 14, 2020, at 10:30 a.m.** The parties shall be prepared to address the discovery dispute raised in plaintiffs' letter-motion dated January 6, 2020 (Dkt. No. 77), at that conference. It is the Court's intention to decide that dispute based on the parties' letters and any argument presented during the conference, unless any party shows good cause why more formal briefing should be required.

Dated: New York, New York
       January 6, 2020

                        **SO ORDERED**.

                        **BARBARA MOSES**
                        **United States Magistrate Judge**