UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON, et al.,

    Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

    Defendants.

19-CV-1404 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It does not appear that the Court received courtesy copies of either plaintiffs' class certification papers filed on October 18, 2019 (Dkt. Nos. 62-66), or defendants' opposition papers filed on November 15, 2019. (Dkt. Nos. 68-69.) The parties shall submit courtesy copies of those papers to the chambers of the undersigned Magistrate Judge no later than **February 25, 2020**.

Dated: New York, New York
      February 24, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**