

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

hhechtkopf@hnrklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: \_\_4/1/20\_\_

**MEMO ENDORSED**

April 1, 2020

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 1, 2020

Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: Nathaniel Robinson, et al. v. New York City Transit Authority, et al., Civil No. 1:19-cv-01404**

Dear Judge Moses,

    We represent the Defendants in the above action. We write to request a short extension of the deadline to Tuesday, April 7, for Defendants to file their letter brief in opposition to Plaintiffs' supplemental letter brief in support of Plaintiffs' motion for class certification. Our letter is currently due Friday, April 3. The Plaintiffs have consented to this extension. This is our first request for an extension of this deadline, and it will not affect any of the other deadlines in this case.

    We thank the Court in advance for its consideration of this letter.

Respectfully submitted,

Helene R. Hechtkopf