```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON, et al.,

        Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

        Defendants.

19-CV-1404 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct oral argument on the parties' cross-motions for summary judgment (Dkt. Nos. 128, 132) on **April 13, 2021, at 10:00 a.m.** Unless the Court orders otherwise (based on public health conditions), the argument will be conducted remotely via Microsoft Teams. Chambers will email the required videoconferencing link to the parties. A publicly accessible audio line is available to nonparties, including members of the public and the press, by dialing **(917) 933-2166** and entering the code **929568175#**. Nonparties must observe the same decorum as would be expected at an in-person argument, and must mute their telephone lines throughout the proceeding.

Dated: New York, New York
       February 12, 2021

                                        **SO ORDERED**.

                                        _____
                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**