

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/24/2022
```

Clay J. Pierce
Partner
clay.pierce@faegredrinker.com
212-248-3186 direct

+1 212 248 3140 main
+1 212 248 3141 fax

February 21, 2022

**Via Electronic Case Filing**

Hon. Barbara Moses, U.S.M.J.
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York  10007

**Re:**   *Nathaniel Robinson, et al. v. New York City Transit Authority, et al.*,
         Civil No. 1:19-cv-01404

Dear Judge Moses:

On behalf of Plaintiffs in the above-referenced action, we write to request an extension of the parties' time to file their joint pretrial order. Defendants join in this request.

Paragraph 11 of the Court's Initial Case Management Order, dated April 11, 2019 (ECF No. 37), requires that the parties file their joint pretrial order no later than 30 days after a decision on summary judgment. On January 24, 2022, the Court issued its Opinion & Order on Plaintiffs' motion for reconsideration of the Court's prior decision on the parties' respective summary judgment motions. Accordingly, we understand that the current deadline for the parties to file the joint pretrial order is February 23, 2022.

Based on the Court's summary judgment rulings, the parties are currently exploring whether they can resolve this matter voluntarily, without further litigation proceedings. In order to allow the parties to focus on settlement negotiations, they respectfully ask that the Court extend the deadline for the filing of the joint pretrial order to May 3, 2022. No party has previously requested an extension of the subject deadline.

We are available at the Court's convenience to answer any questions Your Honor may have concerning the foregoing.

GRANTED.

SO ORDERED.

Dated: February 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge