UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY; PATRICK J. FOYE, in his official capacity as Acting Chairman of the New York City Transit Authority; and SARAH E. FEINBERG, in her official capacity as Interim President of the New York City Transit Authority,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/4/2022

19 Civ. 1404 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for this matter in the third or fourth calendar quarters of 2022. Accordingly, by **May 1, 2022**, the parties shall submit blackout dates for the third and fourth calendar quarters of 2022.

      The Court shall schedule the final pretrial conference date upon setting a date certain for trial.

      SO ORDERED.

Dated: March 4, 2022
       New York, New York

ANALISA TORRES
United States District Judge