

One Gran[d]
60 East 42nd
New York[, NY]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/4/2022_

hhechtkopf@hnrklaw.com

May 2, 2022

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Nathaniel Robinson, et al. v. New York City Transit Authority, et al., Civil No. 1:19-cv-01404

Dear Judge Torres,

    We represent the Defendants in the above action. We write jointly with counsel for the Plaintiffs to inform the Court that the parties believe they are close to a settlement in principle. We therefore respectfully request that the Court stay this case, including all upcoming deadlines, for 30 days to allow the parties to finalize a settlement.

    We thank the Court in advance for its consideration of this letter.

Respectfully submitted,

Helene R. Hechtkopf

cc: All counsel of record (via ECF)

GRANTED. This case is STAYED pending further order of this Court. By **June 1, 2022**, the parties shall file a joint status letter.

SO ORDERED.

Dated: May 4, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge