```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON, et al.,

    Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

    Defendants.

19-CV-1404 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's confidential pre-settlement conference call with counsel, the parties are directed to promptly resume their good-faith settlement negotiations. No later than **September 1, 2022**, they shall submit a joint letter updating the undersigned Magistrate Judge on their progress. If they wish to submit term sheets or drafts for the Court's review, or to schedule a further settlement call (or more formal conference) with the Court, they may so request in their letter.

Dated: New York, New York
       August 11, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**