UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON, et al.,

        Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2022
```

19-CV-1404 (AT) (BCM)

**ORDER REGARDING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during the continued settlement conference held on December 1, 2022, it is hereby ORDERED that the parties shall continue their settlement negotiations to build on the progress made at that conference.

    It is further ORDERED that, no later than **December 16, 2022**, the parties shall submit a **confidential** joint status letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for Use Only at Settlement Conference." **Do not file the joint letter on ECF.** The joint status letter shall confirm that the parties have continued to negotiate in good faith and shall summarize both the terms that the parties have reached agreement on and the issues that they have not yet resolved.

Dated: New York, New York
       December 2, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**