```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2023____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY; PATRICK J. FOYE, in his official capacity as Acting Chairman of the New York City Transit Authority; and SARAH E. FEINBERG, in her official capacity as Interim President of the New York City Transit Authority,

        Defendants.

19 Civ. 1404 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has been advised via email that the parties have reached a classwide settlement in principle. By **April 10, 2023**, the parties shall submit class settlement preliminary approval papers.

  SO ORDERED.

Dated: March 6, 2023
   New York, New York

                 _____
                    ANALISA TORRES
                United States District Judge