**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and others similarly situated, | |
| Plaintiffs, | 19-cv-01404 (AT) (BCM) |
| -against- | **NOTICE OF MOTION** |
| NEW YORK CITY TRANSIT AUTHORITY and FERNANDO FERRER, in his official capacity as Acting Chairman of the New York City Transit Authority, and ANDY BYFORD, in his official capacity as President of the New York City Transit Authority | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Parties' Joint Motion for Preliminary Approval of Class Action Settlement; the accompanying Declaration of Helene R. Hechtkopf, and the exhibits attached thereto; and all other papers and proceedings in this action, the parties, including NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all other similarly situated persons, will move this Court, before the Honorable Analisa Torres, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Fed. R. Civ. P. 23 for an order granting preliminary approval of the proposed class action settlement agreement and proposed class notice, and granting any additional relief that the Court deems just and proper.

Dated: New York, New York
April 24, 2023

| | |
|---|---|
| Claudia Wilner<br>Katharine Deabler-Meadows<br>Karina Tefft<br>**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE, INC.**<br>50 Broadway, Suite 1500<br>New York, New York 10004<br>(212) 633-6967<br><br>Clay J. Pierce<br>Andrew L. Van Houter<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas , 41st Floor<br>New York, NY 10036<br>(212) 248-3140<br><br>Susan Shin<br>Raquel Villagra<br>**NEW ECONOMY PROJECT**<br>121 West 27th Street, Suite 804<br>New York, NY 10001<br>(212) 680-5100<br><br>-and-<br><br>Gerald S. Hartman (*pro hac vice*)<br>**LAW OFFICES OF GERALD S. HARTMAN**<br>3607 Whispering Lane<br>Falls Church, VA 22041<br>(703) 919-0423<br><br>*Counsel for Plaintiffs* | HOGUET NEWMAN REGAL & KENNEY, LLP<br><br>/s_Helene R. Hechtkopf_____<br><br>Helene R. Hechtkopf  (HH 7402)<br>Ira J. Lipton  (IL 4835)<br>60 East 42nd Street<br>New York, New York 10165<br>Telephone: (212) 689-8808<br>Facsimile: (212) 689-5101<br><br>*Attorneys for Defendants* |