```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

          -against-

NEW YORK CITY TRANSIT AUTHORITY;
PATRICK J. FOYE, in his official capacity
as Acting Chairman of the New York City Transit
Authority; and SARAH E. FEINBERG, in her official
capacity as Interim President of the New York City
Transit Authority,

                       Defendants.

19 Civ. 1404 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Court has reviewed the Parties' Joint Motion for Preliminary Approval of Class Action Settlement, ECF No. 191, and related submissions, ECF Nos. 192–93. By **June 12, 2023**, the parties shall file a supplemental joint letter brief of no more than ten pages that addresses how the parties' proposed notice of settlement comports with due process, *see, e.g.*, ECF No. 193 at 10, 18–19, and why the parties have not included a request for class representatives in their submissions. In particular, the parties shall provide authority or otherwise elaborate on their proposal that the settlement class members be given notice through public interest and legal aid organizations. *Id.* at 19.[1]

     SO ORDERED.

Dated: May 18, 2023
          New York, New York

                                             ANALISA TORRES
                                           United States District Judge

---

[1] Defendants have records on the individuals who are part of the settlement class. *See, e.g.*, ECF No. 115 at 16.