UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON and DAVID
EVANS, on behalf of themselves and all others
similarly situated,

                Plaintiffs,

     -against-

NEW YORK CITY TRANSIT AUTHORITY;
PATRICK J. FOYE, in his official capacity
as Acting Chairman of the New York City
Transit Authority; and SARAH E. FEINBERG,
in her official capacity as Interim President of the
New York City Transit Authority,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/13/2023
```

19 Civ. 1404 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The final approval hearing, originally scheduled for October 24, 2023, at 1:00 p.m., is ADJOURNED to **October 31, 2023**, at **3:00 p.m.**  The parties shall file any responses to objections by **October 10, 2023**.

      The parties are directed to revise accordingly the notice of the settlement, *see* ECF No. 192-6, and re-publish the notice on their respective websites.  *See* Order Granting Preliminary Approval of Class Action Settlement, ECF No. 198, at ¶¶ 4, 7.  Plaintiffs' counsel is also directed to mail or email the revised notice to the list of public interest and legal aid organizations attached as Exhibit G to the Hechtkopf Declaration, ECF No. 192-7.

      SO ORDERED.

Dated: September 13, 2023
      New York, New York

                ANALISA TORRES
            United States District Judge