**HOGUET NEWMAN REGAL & KENNEY, LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/25/2023_

September 22, 2023

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Robinson, et al., v. New York City Transit Authority, et al.,*
      Civil Action No. 19-cv-01404 (AT) (BCM)

Dear Judge Torres,

    We write jointly with Plaintiffs to respectfully request until October 12, 2023, to submit the parties' motion for final approval of the class settlement agreement.

    The final approval hearing date and deadline for objections have been adjourned to October 31 and October 10, 2023, respectively. (Dkt. No. 201). However, final approval requires an assessment of the class members' responses to the proposed settlement, and because of the adjournments the motion for final approval is now due before the objection deadline. This means the parties would not be able discuss the class members' objections to the proposed settlement (if any are filed).

    Therefore, the parties respectfully request an extension of the deadline to file their motion for final approval of the settlement agreement.

    We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Helene R. Hechtkopf*
Helene R. Hechtkopf

GRANTED.

SO ORDERED.

Dated: September 25, 2023
       New York, New York

ANALISA TORRES
United States District Judge