UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY and PATRICK J. FOYE, in his official capacity as Chairman of the New York City Transit Authority, and SARAH E. FEINBERG, in her official capacity as Interim President of the New York City Transit Authority<br><br>　　　　　　　　Defendants. | 19-cv-01404 (AT) (BCM) |

## NOTICE OF MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, upon the accompanying declarations of Helene R. Hechtkopf and Claudia Wilner, dated October 12, 2023, and the parties' Memorandum of Law, the parties will jointly move the Court on October 31, 2023, at 3:00 p.m. for an order approving the class action settlement of this matter pursuant to the parties' proposed settlement agreement, and for such other relief as the Court deems just and proper.

Dated: New York, New York
　　　　October 12, 2023

| | |
|---|---|
| /s/ Claudia Wilner<br>Claudia Wilner<br>Katharine Deabler-Meadows<br>**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE, INC.**<br>50 Broadway, Suite 1500 | HOGUET NEWMAN REGAL & KENNEY, LLP<br>/s/ Helene R. Hechtkopf<br>Helene R. Hechtkopf (HH 7402)<br>Ira J. Lipton (IL 4835)<br>60 East 42nd Street |

| | |
|---|---|
| New York, New York 10004<br>(212) 633-6967<br><br>Clay J. Pierce<br>Andrew L. Van Houter<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas , 41st Floor<br>New York, NY 10036<br>(212) 248-3140<br><br>Susan Shin<br>Raquel Villagra<br>**NEW ECONOMY PROJECT**<br>121 West 27th Street, Suite 804<br>New York, NY 10001<br>(212) 680-5100<br><br>-and-<br><br>Gerald S. Hartman (*pro hac vice*)<br>**LAW OFFICES OF GERALD S. HARTMAN**<br>3607 Whispering Lane<br>Falls Church, VA 22041<br>(703) 919-0423<br>*Counsel for Plaintiffs* | New York, New York 10165<br>Telephone: (212) 689-8808<br>Facsimile: (212) 689-5101<br>*Attorneys for Defendants* |