USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/23/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY; PATRICK J. FOYE, in his official capacity as Acting Chairman of the New York City Transit Authority; and SARAH E. FEINBERG, in her official capacity as Interim President of the New York City Transit Authority,

                Defendants.

19 Civ. 1404 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The final approval hearing scheduled for **October 31, 2023**, shall proceed telephonically. At the time of the hearing, the parties and any attendees are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: October 23, 2023
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge