USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATHANIEL ROBINSON and DAVID EVANS, on behalf of themselves and all others similarly situated,

          Plaintiffs,

-*against*-

NEW YORK CITY TRANSIT AUTHORITY; PATRICK J. FOYE, in his official capacity as Chairman of the New York City Transit Authority; and SARAH E. FEINBERG, in her official capacity as Interim President of the New York City Transit Authority,

          Defendants.

No. 19 Civ. 1404 (AT) (BCM)

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

The Court, having held a hearing on the fairness of the Settlement Agreement in this case and having considered all prior proceedings in this action, the Settlement Agreement, the memorandum and declarations submitted in support of the parties' Joint Motion for Preliminary Approval of the Proposed Class Action Settlement and Notice to the Class, the comments, if any, received from class members, and the parties to the Settlement Agreement having consented to the entry of this Order;

**NOW THEREFORE, IT IS HEREBY ORDERED**

    1.    The Court approves the Settlement Agreement and Order filed by the parties on April 24, 2023 (ECF No. 192-2) as fair, adequate, and reasonable to the class of: All persons against whom [NYCTA] has obtained or will obtain a default judgment in a New York State court. Excluded from the class are persons whose default judgments are not subject to enforcement

because they (1) have been fully satisfied by voluntary payment or (2) fall outside the twenty-year statute of limitations period applicable under CPLR § 211(b).

2. Accordingly, the Court has "so ordered" the Settlement Agreement and Order and attached it to this order.

The Clerk of Court is directed to terminate the motion at ECF No. 204 and close the case.

SO ORDERED.

Dated: October 31, 2023
New York, New York

ANALISA TORRES
United States District Judge